UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Cr. No. 04-815 (JMF) |
| DANIEL SANTINI, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Danielle Courtney Jahn assumed responsibility for the defense of Mr. Santini in the above-captioned case.

Mr. Santini's case had previously been assigned to Assistant Federal Public Defender David W. Bos and now has been reassigned to Ms. Danielle Courtney Jahn.

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____
DANIELLE COURTNEY JAHN
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500