UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 07-0011 (RCL) |
| | : | |
| DANIEL C. SANTINI, | : | |
| | : | |
| Defendant. | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Howard Sklamberg, D.C. Bar Number 453852, (202) 514-7296 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
HOWARD SKLAMBERG
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar Number 453852
Fraud and Public Corruption Section
555 4th Street, NW
Washington, DC 20530
(202) 514-7296

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served electronically on counsel for the defendant, Danielle C. Jahn, Esq., on this 19th day of January, 2007.

_____
HOWARD SKLAMBERG
ASSISTANT UNITED STATES ATTORNEY