UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 07-011 (RCL) |
| ) | |
| **DANIEL C. SANTINI,** ) | |
| ) | |
| **Defendant.** ) | |

## UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT DATE

Mr. Daniel Santini, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the arraignment in this case which is presently scheduled for January 30, 2006 at 10 a.m. In support of this motion, counsel states:

On January 16, 2007, a five count Indictment was filed against Mr. Santini charging him with: Count One - Conspiracy, in violation of 18 U.S.C. § 371; Count Two - Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(2); Count Three - First Degree Theft, in violation of 22 D.C. Code § 3211, 3212(a); Count Four - Uttering a Forged Instrument, in violation of 22 D.C. Code § 3241(b), 3242(c); and Count Five - Blackmail, in violation of 22 D.C. Code § 3252. On January 19, 2007, this Court scheduled an arraignment on January 30, 2007, at 10 a.m.

To begin, Mr. Santini resides in Boardman, Ohio. He suffers from significant medical issues that include, but are not limited to, heart failure and diabetes. Mr. Santini had open heart surgery in June 2006, at which time he was hospitalized; in addition, Mr. Santini has been hospitalized in November 2006 and December 2006 due to his heart condition. According to Mr. Santini, his heart is functioning at approximately forty percent and is on a serious medication regime which includes oxygen.

In light of these serious medical ailments, undersigned counsel is attempting to obtain

Mr. Santini's medical records from various hospitals and doctors in Ohio to corroborate his condition. Further, Mr. Santini has authorized undersigned counsel to share these records with the prosecutor in this case once they have been received.

On the behalf of the Defendant, and in the interest of justice, undersigned counsel requests that the arraignment in this matter be continued for at least forty five days in order to obtain the various documentation about his medical condition which may have an impact on how this case proceeds. Further, the government, per Assistant United States Attorney Howard Sklamberg, does not oppose this request.

WHEREFORE, counsel for the Defendant respectfully requests that this motion be granted.

                                        Respectfully submitted,

                                        A.J. KRAMER
                                        FEDERAL PUBLIC DEFENDER

                                          /s/
_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 07-011 (RCL) |
| ) | |
| **DANIEL C. SANTINI,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Arraignment, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the arraignment in this matter is rescheduled for _____, 2007 at __:___ a.m./p.m..

**IT IS SO ORDERED** this _____ day of _____, 2007.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004

Howard Sklamberg
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20531