UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DANIEL C. SANTINI, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 07-11 (RCL) |

### ORDER

Upon consideration of the defendant's Unopposed Motion [8] to Continue the Arraignment, and the entire record in this matter, it is hereby

ORDERED that the defendant's Unopposed Motion [8] to Continue the Arraignment is GRANTED; and it is further

ORDERED that the arraignment is rescheduled for Thursday, March 22, 2007, at 9:30a.m.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 26, 2007.