UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-011 (RCL) |
| | ) | |
| **DANIEL C. SANTINI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT DATE

Mr. Daniel Santini, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the arraignment in this case which is presently scheduled for March 22, 2007 at 9:30 a.m. In support of this motion, counsel states:

On January 16, 2007, a five count Indictment was filed against Mr. Santini charging him with: Count One - Conspiracy, in violation of 18 U.S.C. § 371; Count Two - Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(2); Count Three - First Degree Theft, in violation of 22 D.C. Code § 3211, 3212(a); Count Four - Uttering a Forged Instrument, in violation of 22 D.C. Code § 3241(b), 3242(c); and Count Five - Blackmail, in violation of 22 D.C. Code § 3252. On January 19, 2007, this Court scheduled an arraignment on January 30, 2007, at 10 a.m. On January 24, 2007, an unopposed motion to continue the arraignment date was filed by undersigned counsel, which was granted on January 26, 2007. This Court then scheduled a new arraignment date on March 22, 2007 at 9:30 a.m.

As the Court may recall from the previous motion to continue the arraignment date, Mr. Santini resides in Ohio and suffers from significant medical issues that include, but are not limited to, congestive heart failure, renal failure, and diabetes. Mr. Santini had open heart surgery in June 2006, at which time he was hospitalized; in addition, Mr. Santini has been

hospitalized in November 2006 and December 2006 due to his heart condition. According to Mr. Santini, his heart is functioning at approximately forty percent and he is currently taking several medications which include oxygen.

In light of these serious medical ailments, undersigned counsel has obtained various medical records from hospitals and doctors in Ohio to corroborate his condition. Undersigned counsel has provided copies of some of these medical records to the prosecutor in this case. In particular, a letter written by Mr. Santini's cardiologist was provided to the government that states, Mr. Santini's heart condition has not improved and as a result he is not advised to travel outside his hometown, Youngstown, Ohio. As a result of these on-going medical issues that Mr. Santini faces, the government and undersigned counsel are exploring the possibility of transferring this case to Ohio where Mr. Santini resides.

Therefore, in the interest of justice, both undersigned counsel and the government, per Assistant United States Attorney Howard Sklamberg, request that the arraignment in this matter be continued for an additional sixty day period in order to obtain further documentation about his medical condition and to determine whether or not this case will ultimately be transferred to another jurisdiction for prosecution.

WHEREFORE, counsel for the Defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

  /s/
_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 07-011 (RCL) |
| ) | |
| **DANIEL C. SANTINI,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Continue the Arraignment, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the arraignment in this matter is rescheduled for _____, 2007 at \_\_:\_\_ a.m./p.m..

**IT IS SO ORDERED** this _____ day of _____, 2007.

THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004

Howard Sklamberg
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20531