UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 07-011 (RCL) |
| ) | **FILED** |
| DANIEL C. SANTINI, ) | |
| ) | MAR 2 1 2007 |
| Defendant. ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Arraignment, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the arraignment in this matter is rescheduled for _May 22_, 2007 at _9:30_ a.m./p.m..

IT IS SO ORDERED this _21st_ day of _March_, 2007.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004

Howard Sklamberg
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20531