UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-011 (RCL) |
| | ) | |
| DANIEL C. SANTINI, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO CONTINUE ARRAIGNMENT DATE**

The parties in this case respectfully request that the Court vacate the arraignment date in this case, which is currently scheduled for May 22, 2007 at 9:30 a.m. Assistant United States Attorney Howard Sklamberg has authorized undersigned counsel to file this as a joint request. In support of this motion, counsel states:

On January 16, 2007, a five count Indictment was filed against Mr. Santini charging him with: Count One - Conspiracy, in violation of 18 U.S.C. § 371; Count Two - Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(2); Count Three - First Degree Theft, in violation of 22 D.C. Code § 3211, 3212(a); Count Four - Uttering a Forged Instrument, in violation of 22 D.C. Code § 3241(b), 3242(c); and Count Five - Blackmail, in violation of 22 D.C. Code § 3252. On two previous occasions this Court has granted a continuance of his arraignment date on behalf of Mr. Santini.

As the Court may recall from the previous motions to continue the arraignment date, Mr. Santini resides in Ohio and suffers from significant medical issues that include, but are not limited to, congestive heart failure, renal failure, and diabetes. Mr. Santini had open heart surgery in June 2006, at which time he was hospitalized; in addition, Mr. Santini has been hospitalized in November 2006 and December 2006 due to his heart condition. According to Mr.

Santini, his heart is functioning at approximately forty percent and he is currently taking several medications which include oxygen.

In light of these serious medical ailments, undersigned counsel has obtained various medical records from hospitals and doctors in Ohio to corroborate his condition. Specifically, a letter written by Mr. Santini's cardiologist was obtained and provided to the government that stated, Mr. Santini's heart condition had not improved and as a result he is not advised to travel outside his hometown, Youngstown, Ohio. As a result of these on-going medical issues that Mr. Santini faces, the government and undersigned counsel are exploring the possibility of transferring this case to Ohio where Mr. Santini resides.

The Federal Public Defender's Office in the Northern District of Ohio has been contacted and all discovery in this case has been provided to that office. The Chief Assistant Federal Defender is currently awaiting the approval of Mr. Santini's financial affidavit in order to become appointed to represent him. It is contemplated by all the parties that this case will ultimately be transferred to the Northern District of Ohio pursuant to Rule 20.

Therefore, in the interest of justice, both parties request that the arraignment in this matter be continued for an additional forty-five day period in order to determine whether or not this case will ultimately be transferred to another jurisdiction for prosecution.

WHEREFORE, the parties respectfully request that this motion be granted.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

  /s/
_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 07-011 (RCL) |
| ) | |
| **DANIEL C. SANTINI,** ) | |
| ) | |
| **Defendant.** ) | |

# ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Arraignment, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the arraignment in this matter is rescheduled for _____, 2007 at \_\_:\_\_ a.m./p.m..

**IT IS SO ORDERED** this _____ day of _____, 2007.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004

Howard Sklamberg
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20531