UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 07-011 (RCL) |
| ) | |
| DANIEL C. SANTINI, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO CONTINUE ARRAIGNMENT DATE**

The parties in this case respectfully request that the Court vacate the arraignment date in this case, which is currently scheduled for July 10, 2007, at 9:30 a.m. Assistant United States Attorney Howard Sklamberg has authorized undersigned counsel to file this as a joint request. In support of this motion, counsel states:

On January 16, 2007, a five count Indictment was filed against Mr. Santini charging him with: Count One - Conspiracy, in violation of 18 U.S.C. § 371; Count Two - Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(2); Count Three - First Degree Theft, in violation of 22 D.C. Code § 3211, 3212(a); Count Four - Uttering a Forged Instrument, in violation of 22 D.C. Code § 3241(b), 3242(c); and Count Five - Blackmail, in violation of 22 D.C. Code § 3252. On previous occasions this Court has granted a continuance of Mr. Santini's arraignment date.

As the Court may recall from the previous motions to continue the arraignment date, Mr. Santini resides in Ohio and suffers from significant and life-threatening medical issues that include, but are not limited to, congestive heart failure, renal failure, and diabetes. Mr. Santini had open heart surgery in June 2006, at which time he was hospitalized; in addition, Mr. Santini has been hospitalized in November 2006 and December 2006 due to his heart condition. According to Mr. Santini, his heart is functioning at approximately forty percent and he is

currently taking several medications which include oxygen.

In light of these serious medical ailments, undersigned counsel has obtained various medical records from hospitals and doctors in Ohio to corroborate his condition. Specifically, a letter written by Mr. Santini's cardiologist was obtained and provided to the government that stated, Mr. Santini's heart condition had not improved and as a result he is not advised to travel outside his hometown, Youngstown, Ohio. As a result of these on-going medical issues that Mr. Santini faces, the government and undersigned counsel had been exploring the possibility of transferring this case to Ohio, pursuant to Rule 20 of Criminal Procedure.

Unfortunately, however, there have been additional medical developments that may create difficulties for the Rule 20 transfer. According to Mr. Santini's counsel at the Federal Public Defender's Office in the Northern District of Ohio, Mr. Santini is unable to leave his home to consult his attorney on this case. Further, Mr. Santini only leaves his home when a medical appointment is necessary.

In light of these difficulties and Mr. Santini's grave medical situation, undersigned counsel is attempting to obtain further medical reports and information. Once this information is released to undersigned counsel, all information will be shared with the government so that an appropriate determination can be made by the government as to how to proceed in this case. It is contemplated that the government will consult with their own expert about these medical records and prognosis of Mr. Santini.

Therefore, in the interest of justice, both parties request that the arraignment in this matter be continued for an additional ninety day period in order to determine how the government intends on proceeding with this case.

WHEREFORE, the parties respectfully request that this motion be granted.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 07-011 (RCL) |
| ) | |
| **DANIEL C. SANTINI,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Joint Motion to Continue the Arraignment, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the arraignment in this matter is rescheduled for _____, 2007 at __:__ a.m./p.m..

**IT IS SO ORDERED** this _____ day of _____, 2007.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004

Howard Sklamberg
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20531