UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal Action No. 07-11 (RCL) |
| DANIEL C. SANTINI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the joint motion [13] to continue the arraignment, and in light of the entire record in this matter, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that a status conference with counsel only in this matter remains set for 9:30a.m. on July 10, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 5, 2007.