UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number 07-011 (RCL) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **DANIEL SANTINI** | : | |

### GOVERNMENT'S MOTION FOR JUDICIAL SUMMONS

The United States of America, by and through undersigned counsel, respectfully submits this Motion for Judicial Summons.

On January 16, 2007, a grand jury returned an indictment charging Daniel Santini with: Conspiracy, Access Device Fraud, First Degree Theft, Uttering a Forged Instrument, and Blackmail.

The defendant lives near Youngstown, Ohio, and has a number of medical conditions. On March 15, 2007, the defendant's doctor wrote: "Daniel Santini has a heart condition, which has not improved.  He is advised not to travel outside Youngstown."  On August 29, 2007, the defendant's doctor opined: "Based on his significant cardiac dysfunction and repeated episodes of congestive heart failure as well as his other medical problems, Mr. Santini has a significant estimated five year mortality, probably in the range of 50%."

Because of the defendant's medical conditions, the government has sought to resolve the case with a guilty plea, under Rule 20, in Youngstown, Ohio.  Undersigned counsel, the defendant's counsel in D.C., an AUSA in Youngstown, and an attorney with the Federal Public Defender in Youngstown were involved in attempting to negotiate a plea, but were unable to do so.

The defendant provided medical records to the government, but they did not contain any opinions or conclusions more detailed than those referred to above. For example, the following questions remain unanswered:

- Although the defendant was "advised not to travel outside Youngstown" in March, is he still so advised?
- Does this advice cover all modes of transportation?
- Is advising him not to travel outside Youngstown equivalent to saying that he is not capable of traveling outside Youngstown? How strong is the advice?
- Is he physically able to stand trial?

The government has asked defense counsel to obtain more detailed opinions or conclusions from the defendant's doctor. Defense counsel has told the government that the doctor will not add to what he has said.

Without having more definite medical evidence, the government respectfully asks the Court to issue a judicial summons ordering the defendant to appear on the next scheduled court date, which is October 26 at 9:30AM.

If the Court were to issue a summons, the defense would be able to file a motion under Fed. R. Crim P. 21 to transfer the case to Youngstown or to seek other relief. Absent additional medical evidence, the government would oppose the motion and ask that the case proceed in this Court. The issuance of a summons would put the issue of the defendant's health before the Court and would remove this case from the limbo in which it now exists.[1]

---

[1] The government could have asked for a bench warrant when the grand jury indicted the case. Out of deference to representations regarding the defendant's health, the government did not do so.

At this point, the defendant stands indicted on serious felony charges in this Court and there is no pending defense motion that would seek to prevent the defendant from answering these charges in this Court. The Court should, therefore, issue a judicial summons and arraign the defendant on October 26.

WHEREFORE, the government respectfully requests that the Court issue a judicial summons ordering the defendant to appear on October 26 at 9:30 AM. A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. Bar Number 498610
United States Attorney

_____/s/_____
HOWARD R. SKLAMBERG
D.C. Bar Number 453852
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, DC 20001
(202) 514-7296

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served by electronic mail upon Danielle Jahn, Esq., this 5th day of October, 2007.

_____/s/_____
Howard R. Sklamberg

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case Number 07-011 (RCL)** |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **DANIEL SANTINI** | : | |

## ORDER

Upon consideration of the Government's Motion for a Judicial Summons, and for good cause shown, the Court hereby grants the motion and orders the Clerk's Office to issue a summons ordering the defendant to appear for arraignment on October 26, 2007, at 9:30 AM.

_____
Royce C. Lamberth
United States District Judge

Date: