UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case Number 07-011 (RCL) |
| | : | |
| v. | : | |
| | : | FILED |
| DANIEL SANTINI | : | OCT - 5 2007 |
| | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

Upon consideration of the Government's Motion for a Judicial Summons, and for good cause shown, the Court hereby grants the motion and orders the Clerk's Office to issue a summons ordering the defendant to appear for arraignment on October 26, 2007, at 9:30 AM.

Royce C. Lamberth
United States District Judge

Date: 10/5/07