UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 07-11 (RCL) |
| | : | |
| | : | |
| DANIEL SANTINI | : | |

**GOVERNMENT'S MOTION TO TRANSFER THE CASE FOR A GUILTY PLEA**

The United States of America, by and through undersigned counsel, respectfully submits this Motion to Transfer the Case for a Guilty Plea.

On January 16, 2007, a grand jury returned an indictment charging Daniel Santini with: Conspiracy, Access Device Fraud, First Degree Theft, Uttering a Forged Instrument, and Blackmail. The defendant has not yet been arraigned. The defendant lives near Youngstown, Ohio.

The government filed a motion for a judicial summons ordering the defendant to appear for arraignment, which the Court granted. The defendant filed a motion under Fed. R. Crim P. 21 to transfer the case to the Northern District of Ohio for possible trial. At a hearing on October 26, the government and the defense asked the Court to defer ruling on the defendant's Rule 21 motion for a week so that the parties could explore whether they could agree to transfer the case to the Northern District of Ohio for a guilty plea, pursuant to Rule 20. The Court granted the request, and set a status hearing for November 2.

The parties have reached agreement to move to transfer the case, under Rule 20, to the United States District Court for the Northern District of Ohio. Undersigned counsel has attached a consent form showing that the defendant, his attorney in Youngstown (Assistant Federal Public Defender Carlos Warner), and the United States Attorney's Offices for the District of Columbia

and Northern District of Ohio consent to this transfer. The defendant's counsel in this jurisdiction, Danielle Jahn, also agrees to the transfer.[1] If the Court grants this motion, the consent form will also be filed in the Northern District of Ohio.

The government, therefore, moves that the Court: transfer the case to the Northern District of Ohio for a guilty plea, under Rule 20; order the Clerk to "send the file, or a certified copy, to the clerk" in the Northern District of Ohio, Fed. R. Crim. P. 20(b); dismiss, as moot and without prejudice, the defendant's motion to transfer the case under Rule 21;[2] and cancel the status hearing scheduled for November 2, 2007. A proposed order is attached.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    D.C. Bar Number 498610
                    United States Attorney

                    _____/s/_____
                    HOWARD R. SKLAMBERG
                    D.C. Bar Number 453852
                    Assistant United States Attorney
                    Fraud & Public Corruption Section
                    555 Fourth Street, N.W.
                    Washington, DC 20001
                    (202) 514-7296
                    Email: howard.sklamberg@usdoj.gov

---

[1] The consent form has a signature line for a witness. There is no requirement under Rule 20 for the signature of a witness.

[2] If the expected guilty plea were not to transpire in Ohio, the case would be transferred back to this district under Rule 20(c). If that were to occur, the government would not oppose allowing the defendant to litigate his Rule 21 motion.

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion was served by electronic mail upon Danielle Jahn, Esq. and Carlos Warner, Esq., this first day of November, 2007.

                                              _____/s/_____
                                              Howard R. Sklamberg

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
v.                               :      Crim. No. 07-11 (RCL)
                                 :
                                 :
DANIEL SANTINI                   :

Consent to Transfer of Case
for Plea and Sentence
(*Under Rule 20*)

I, Daniel Santini, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Northern District of Ohio, in which I, Daniel Santini, am present and to waive trial in the District of Columbia.

Dated:

_____
Daniel Santini

_____
Witness

_____
Counsel for the Defendant

APPROVED:

_Jeffrey A Taylor_/HS                      _Robert L. Becker for GAW_
United States Attorney                     United States Attorney
District of Columbia                       Northern District of Ohio

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 07-11 (RCL) |
| | : | |
| | : | |
| **DANIEL SANTINI** | : | |

# ORDER

Upon consideration of the Government's Motion to Transfer the Case for a Guilty Plea, and for good cause shown, the Court hereby orders that:

This case is transferred to the United States District Court for the Northern District of Ohio for a guilty plea, pursuant to Fed. R. Crim. P. 20;

The Clerk shall send the file, or a certified copy, to the clerk in the Northern District of Ohio;

The defendant's pending motion to transfer the case pursuant to Fed. R. Crim. P. is dismissed without prejudice as moot;

The status hearing currently scheduled for November 2, 2007 is cancelled.

_____
Royce C. Lamberth
United States District Judge

Date: