UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 0 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 07-11 (RCL) |
| | : | |
| DANIEL SANTINI | : | |

### ORDER

Upon consideration of the Government's Motion to Transfer the Case for a Guilty Plea, and for good cause shown, the Court hereby orders that:

This case is transferred to the United States District Court for the Northern District of Ohio for a guilty plea, pursuant to Fed. R. Crim. P. 20;

The Clerk shall send the file, or a certified copy, to the clerk in the Northern District of Ohio;

The defendant's pending motion to transfer the case pursuant to Fed. R. Crim. P. is dismissed without prejudice as moot;

The status hearing currently scheduled for November 2, 2007 is cancelled.

Royce C. Lamberth
United States District Judge

Date: 11/1/07