**FILED**
NOV 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :
:
v.   :   Crim. No. 07-11 (RCL)
:
:
DANIEL SANTINI   :

Consent to Transfer of Case
for Plea and Sentence
(*Under Rule 20*)

I, Daniel Santini, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Northern District of Ohio, in which I, Daniel Santini, am present and to waive trial in the District of Columbia.

Dated:

_____
Daniel Santini

_____
Witness

_____
Counsel for the Defendant

**APPROVED:**

_____
United States Attorney
District of Columbia

_____
United States Attorney
Northern District of Ohio