AO83 (Rev. DC 4/2007) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

2007 OCT 15 A 11: 42

UNITED STATES OF AMERICA
V.

DANIEL C. SANTINI

**SUMMONS IN A CRIMINAL CASE**

Case Number: Cr 07-11 – RCL

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | United States District Court<br>333 Constitution Ave., NW<br>Washington, DC 20001 | Courtroom No.<br>22A on the 2nd Floor Annex |
|---|---|---|
| | | Date and Time |
| Before: | Judge Royce C. Lamberth | 10/26/2007 at 9:30 a.m. |

To answer a(n)
☑ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of:

18:371 PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE; Conspiracy.

18:1029(a)(2) PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE; Access Device Fraud.

22 DCC 3211, 3212(a) THEFT; First Degree Theft.

22 DCC 3241(b),3242(c) THEFT, RELATED OFFENSES - DECEPTIVE LABELING; Uttering a Forged Instrument.

22 DCC BLACKMAIL.

NANCY M. MAYER-WHITTINGTON, Clerk

by: _____
Signature of Issuing Officer

Deputy Clerk

10/10/2007
Date

AO83 (Rev. DC 4/2007) Summons in a Criminal Case

U.S. MARSHALS
ND / OHIO
CLEVELAND, OHIO

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 2007 OCT 15 A 11: 42 |

RECEIVED
DEPARTMENT
OF JUSTICE

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

FILED

NOV - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2007 NOV -5 A 10: 0
RECEIVED

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  10/24/07
                Date

Peter Elliott
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

Service Witnessed by Detective Sgt Glen Riddle, Boardman Police Department, Boardman, OH

Service: 1 Dusm X 1 Hour = $45.00
Mileage: 20 miles Round Trip = $9.70

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.